■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY R. WILSON, Appellant. [782 NYS2d 205]—Appeal from a judgment of the Allegany County Court (Larry M. Himelein, J.), rendered November 24, 2003. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed and the matter is remitted to Allegany County Court for proceedings pursuant to CPL 460.50 (5). Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Martoche, JJ.